No. 85–408. Quivira Mining Co. et al. v. United States Environmental Protection Agency. C. A. 10th Cir. Certiorari denied.

No. 85–411. Vivitar Corp. v. United States et al. C. A. Fed. Cir. Certiorari denied.

No. 85–431. Humana Inc. et al. v. Bowen, Secretary of Health and Human Services. C. A. D. C. Cir. Certiorari denied.

No. 85–438. Simmons v. Interstate Commerce Commission et al. (two cases). C. A. 7th Cir. Certiorari denied.

No. 85–445. DeFazio et al. v. City of Springfield et al. C. A. 9th Cir. Certiorari denied.

No. 85–456. American Postal Workers Union, AFL–CIO v. United States Postal Service et al. C. A. D. C. Cir. Certiorari denied.

No. 85–469. Town of Belmont, New Hampshire v. Dole, Secretary of Transportation. C. A. 1st Cir. Certiorari denied.

No. 85–504. Lunday-Thagard Co. v. United States Department of the Interior. Temp. Emerg. Ct. App. Certiorari denied.

No. 85–508. Avery v. United States. C. A. 11th Cir. Certiorari denied.

No. 85–512. Foster et al. v. Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari denied.

No. 85–515. Gronowicz v. United States. C. A. 3d Cir. Certiorari denied.

No. 85–529. Hou Hawaiians v. Hawaii et al. C. A. 9th Cir. Certiorari denied.